STATE of Missouri, Respondent,

v.

Wayne MONTGOMERY, Appellant.

No. 46935.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 17, 1984.

Motion For Rehearing and/or Transfer to Supreme Court Denied May 17, 1984.

Application to Transfer Denied
June 19, 1984.

Debra Buie Arnold, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals after his conviction by a jury of burglary in the second degree, a violation of § 569.170, RSMo.1978. The court found defendant to be a prior offender and sentenced him to seven years' imprisonment. No jurisprudential purpose would be served by a written opinion. The

judgment of the trial court is affirmed pursuant to Rule 30.25(b).